IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Lucero, Hugo

Printed: 9/23/08

Case Number: 08 B 14276
Judge: Squires, John H
Filed: 6/4/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 13, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 2. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 5. | Ocwen Loan Servicing LLC | Secured | 0.00 | 0.00 |
| 6. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 7. | American Express | Unsecured | 0.00 | 0.00 |
| 8. | United States Dept Of Education | Unsecured | 0.00 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 0.00 | 0.00 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 0.00 | 0.00 |
| 11. | Cash Call | Unsecured | 0.00 | 0.00 |
| 12. | City Of Chicago | Secured | | No Claim Filed |
| 13. | Ocwen Loan Servicing LLC | Secured | | No Claim Filed |
| 14. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 15. | Citibank NA Student Loan | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Citi Residential Lending Inc | Unsecured | | No Claim Filed |
| 18. | Baron's Creditor Svc | Unsecured | | No Claim Filed |
| 19. | First National Credit Card | Unsecured | | No Claim Filed |
| 20. | First National Credit Card | Unsecured | | No Claim Filed |
| 21. | Household Financial Corporation | Unsecured | | No Claim Filed |
| 22. | Heller & Frisone Ltd | Unsecured | | No Claim Filed |
| 23. | Heller & Richmond Ltd | Unsecured | | No Claim Filed |
| 24. | Interbay Funding LLC | Unsecured | | No Claim Filed |
| 25. | West Asset Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Lucero, Hugo | Case Number: 08 B 14276 |
|---|---|
| | Judge: Squires, John H |
| Printed: 9/23/08 | Filed: 6/4/08 |

| | | | | |
|---|---|---|---|---|
| 26. | Washington Mutual | Unsecured | | No Claim Filed |
| 27. | Quick Click Loans | Unsecured | | No Claim Filed |
| 28. | CEE Group | Unsecured | | No Claim Filed |
| 29. | Collection Company Of America | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 0.00 | $ 0.00 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

